## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRI DANIELS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-5876** |
| **COMMCARE LOUISIANA d/b/a GREENBRIAR NURSING AND CONVALESCENT CENTER** | **SEC.: J   MAG: 3** |
| | **JURY TRIAL REQUESTED** |

## ORDER

Considering the foregoing;

IT IS ORDERED ADJUDGED AND DECREED that CommCare Louisiana d/b/a Greenbriar Nursing & Convalescent Center., and all agents, servants, employees, technicians, nurses' aids, staff physicians and other personnel are hereby **DISMISSED WITH PREJUDICE**, defendants to bear its costs and plaintiff's costs up to $2,500.00.

New Orleans, Louisiana, this 4th day of _____ March _____, 2010.

_____

United States District Judge